# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DERRICK MORGAN**                                                **PLAINTIFF**

**v.**                    **CASE NO: 4:09CV00742 JMM**

**FLEMING**                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed without prejudice.

IT IS SO ORDERED this 15 day of June, 2010.

_____
James M. Moody
United States District Judge